**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 57 WM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JONOTHAN EDWARD PRATHER, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the Petition for Permission to File Petition for Allowance of Appeal Exceeding Page Limit is DENIED. Petitioner has 30 days in which to file a compliant Petition for Allowance of Appeal.